J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

JS-6

Larry McMasters, an individual and
d/b/a Amazon.com Seller jl-liquidators
Jeremy Johnson, an individual and
d/b/a Amazon.com Seller jl-liquidators
1408 N. 15th St.
Springfield, Illinois 62702
Telephone:   (217) 572-5993

Defendants, *in pro se*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV12-9148 R (AGRx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Larry McMasters, an individual and d/b/a Amazon.com Seller jl-liquidators; Jeremy Johnson, an individual and d/b/a Amazon.com Seller jl-liquidators, and Does 2-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Larry McMasters, an individual and d/b/a Amazon.com Seller jl-liquidators and Jeremy Johnson, an individual and d/b/a Amazon.com Seller jl-liquidators (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

      a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint against Defendants are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:      March 5, 2013

_____
Hon. Manuel L. Real
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Larry McMasters, an individual and d/b/a Amazon.com Seller jl-liquidators

By: _____
        Larry McMasters
Defendants, *in pro se*

Jeremy Johnson, an individual and d/b/a Amazon.com Seller jl-liquidators

By: _____
        Jeremy Johnson
Defendants, *in pro se*

## EXHIBIT A

## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. ("HBO") |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-240-293 | ENTOURAGE: Pilot | HBO |
| PA 1-240-302 | ENTOURAGE: The Review | HBO |
| PA 1-239-616 | ENTOURAGE: Talk Show | HBO |
| PA 1-239-614 | ENTOURAGE: Date Night | HBO |
| PA 1-239-615 | ENTOURAGE: The Script And The Sherpa | HBO |
| PA 1-239-617 | ENTOURAGE: Busey And The Beach | HBO |

| | | |
|---|---|---|
| PA 1-239-618 | ENTOURAGE: The Scene | HBO |
| PA 1-246-506 | ENTOURAGE: New York | HBO |
| PA 1-280-550 | ENTOURAGE: The System | HBO |
| PA 1-275-228 | ENTOURAGE: The New Car | HBO |
| PA 1-283-280 | ENTOURAGE: Aquamansion | HBO |
| PA 1-283-279 | ENTOURAGE: The Offer | HBO |
| PA 1-218-704 | ENTOURAGE: Neighbors | HBO |
| PA 1-291-312 | ENTOURAGE: Chinatown | HBO |
| PA 1-280-655 | ENTOURAGE: The Sundance Kids | HBO |
| PA 1-280-656 | ENTOURAGE: Oh Mandy | HBO |
| PA 1-280-657 | ENTOURAGE: I Love You Too | HBO |
| PA 1-280-658 | ENTOURAGE: The Bat Mitzvah | HBO |
| PA 1-280-659 | ENTOURAGE: Blue Balls Lagoon | HBO |
| PA 1-280-660 | ENTOURAGE: Good Morning Saigon | HBO |
| PA 1-304-698 | ENTOURAGE: Exodus | HBO |
| PA 1-304-703 | ENTOURAGE: The Abyss | HBO |
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |
| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vegas! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |
| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |

| | | |
|---|---|---|
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |
| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class Jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |

| | | |
|---|---|---|
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |

| PA 1-799-846 | FRINGE: Immortality | WBEI |
|---|---|---|
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |
| PA 1-799-980 | FRINGE: Stowaway | WBEI |
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |
| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-805-641 | MIKE & MOLLY: Goin' Fishin' | WBEI |
| PA 1-805-562 | MIKE & MOLLY: The Wedding | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |

| | | |
|---|---|---|
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |

| | | |
|---|---|---|
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |

| | | |
|---|---|---|
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |

| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
|---|---|---|
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |

| PA 1-250-537 | The Polar Express | WBEI |
|---|---|---|
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; Samax, Inc. ("Samax") |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; Samax |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; Samax |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; Samax |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; Samax |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; Samax |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; Samax |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; Samax |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; Samax |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; Samax |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; Samax |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; Samax |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; Samax |
| PA 1-783-492 | VAMPIRE DIARIES: Pilot | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-783-505 | VAMPIRE DIARIES: The Night Of The Comet | WBEI; CBS |
| PA 1-783-510 | VAMPIRE DIARIES: Friday Night Bites | WBEI; CBS |
| PA 1-783-518 | VAMPIRE DIARIES: Family Ties | WBEI; CBS |
| PA 1-783-545 | VAMPIRE DIARIES: You're Undead To Me | WBEI; CBS |
| PA 1-783-551 | VAMPIRE DIARIES: Lost Girls | WBEI; CBS |
| PA 1-783-556 | VAMPIRE DIARIES: Haunted | WBEI; CBS |
| PA 1-783-559 | VAMPIRE DIARIES: 162 Candles | WBEI; CBS |
| PA 1-783-563 | VAMPIRE DIARIES: History Repeating | WBEI; CBS |
| PA 1-783-567 | VAMPIRE DIARIES: The Turning Point | WBEI; CBS |
| PA 1-783-574 | VAMPIRE DIARIES: Bloodlines | WBEI; CBS |
| PA 1-783-578 | VAMPIRE DIARIES: Unpleasantville | WBEI; CBS |
| PA 1-783-584 | VAMPIRE DIARIES: Children Of The Damned | WBEI; CBS |
| PA 1-783-586 | VAMPIRE DIARIES: Fool Me Once | WBEI; CBS |
| PA 1-783-588 | VAMPIRE DIARIES: A Few Good Men | WBEI; CBS |
| PA 1-781-131 | VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CBS |
| PA 1-783-591 | VAMPIRE DIARIES: Let The Right One In | WBEI; CBS |
| PA 1-783-593 | VAMPIRE DIARIES: Under Control | WBEI; CBS |
| PA 1-783-596 | VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CBS |
| PA 1-783-613 | VAMPIRE DIARIES: Blood Brothers | WBEI; CBS |
| PA 1-783-614 | VAMPIRE DIARIES: Isobel | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-783-616 | VAMPIRE DIARIES: Founder's Day | WBEI; CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CBS |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CBS |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |

| | | |
|---|---|---|
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| PA 1-612-161 | TWO AND A HALF MEN: Pilot | WBEI |
| PA 1-612-148 | TWO AND A HALF MEN: Alan Harper, Frontier Chiropractor | WBEI |
| PA 1-612-137 | TWO AND A HALF MEN: Ate The Hamburgers, Wearing The Hat | WBEI |
| PA 1-612-145 | TWO AND A HALF MEN: Big Flappy Bastards | WBEI |
| PA 1-612-157 | TWO AND A HALF MEN: Camel Filters And Pheremones | WBEI |
| PA 1-612-151 | TWO AND A HALF MEN: Can You Feel My Finger? | WBEI |
| PA 1-612-130 | TWO AND A HALF MEN: Did You Check With The Captain Of The Flying Monkeys? | WBEI |
| PA 1-612-125 | TWO AND A HALF MEN: Go East On Sunset Until You Reach The Gates Of Hell | WBEI |
| PA 1-612-127 | TWO AND A HALF MEN: Hey, I Can Pee Outside In The Dark | WBEI |
| PA 1-612-150 | TWO AND A HALF MEN: I Can't Afford Hyenas | WBEI |
| PA 1-612-147 | TWO AND A HALF MEN: If I Can't Write My Chocolate Song, I'm Going To Take A Nap | WBEI |
| PA 1-612-133 | TWO AND A HALF MEN: If They Do Go Either Way They're Usually Fake | WBEI |
| PA 1-612-158 | TWO AND A HALF MEN: I Remember The Coat Room, I Just Don't Remember You | WBEI |
| PA 1-612-160 | TWO AND A HALF MEN: Just Like Buffalo | WBEI |
| PA 1-612-131 | TWO AND A HALF MEN: Last Thing You Want Is To Wind Up With A Hump | WBEI |
| PA 1-612-126 | TWO AND A HALF MEN: Merry Thanksgiving | WBEI |

| PA 1-612-138 | TWO AND A HALF MEN: My Doctor Has A Cow Puppet | WBEI |
|---|---|---|
| PA 1-612-144 | TWO AND A HALF MEN: No Sniffing, No Wowing | WBEI |
| PA 1-612-143 | TWO AND A HALF MEN: An Old Flame With A New Wick | WBEI |
| PA 1-612-123 | TWO AND A HALF MEN: Phase One, Complete | WBEI |
| Pa 1-612-153 | TWO AND A HALF MEN: Round One To The Hot Crazy Chick | WBEI |
| PA 1-612-149 | Two And A Half Men: Sarah Like Puny Alan | WBEI |
| PA 1-612-134 | TWO AND A HALF MEN: That Was Saliva, Alan | WBEI |
| PA 1-612-124 | TWO AND A HALF MEN: Twenty-Five Little Pre-Pubers Without A Snoot-Full | WBEI |
| PA 1-742-437 | TWO AND A HALF MEN: Back Off Mary Poppins | WBEI |
| PA 1-742-529 | TWO AND A HALF MEN: Enjoy those Garlic Balls | WBEI |
| PA 1-742-389 | TWO AND A HALF MEN: A Bag Full of Jawea | WBEI |
| PA 1-742-557 | TWO AND A HALF MEN: Bad News from the Clinic | WBEI |
| PA 1-742-571 | TWO AND A HALF MEN: The Price of Healthy Gums is Eternal Vigilance | WBEI |
| PA 1-742-468 | TWO AND A HALF MEN: A Kosher Slaughterhouse Out in Fontana | WBEI |
| PA 1-742-411 | TWO AND A HALF MEN: Frankenstein and the Horny Villagers | WBEI |
| PA 1-742-548 | TWO AND A HALF MEN: Yes, Monsignor | WBEI |
| PA 1-742-509 | TWO AND A HALF MEN: The Salmon Under My Sweater | WBEI |
| PA 1-742-592 | TWO AND A HALF MEN: Last Chance to See Those Tattoos | WBEI |
| PA 1-742-587 | TWO AND A HALF MEN: A Lung Full of Alan | WBEI |
| PA 1-742-579 | TWO AND A HALF MEN: Zejdz z Zmoich Wlosow (Get Off My Hair) | WBEI |
| PA 1-742-487 | TWO AND A HALF MEN: Those Big Pink Things with Coconut | WBEI |
| PA 1-742-456 | TWO AND A HALF MEN: Smell the Umbrella Stand | WBEI |

| | | |
|---|---|---|
| PA 1-743-812 | TWO AND A HALF MEN: Can You Eat Human Flesh with Wooden Teeth? | WBEI |
| PA 1-742-554 | TWO AND A HALF MEN: Woo-Hoo, a Hernia-Exam! | WBEI |
| PA 1-742-460 | TWO AND A HALF MEN: It was Mame, Mom | WBEI |
| PA 1-742-433 | TWO AND A HALF MEN: A Low, Guttural Tongue-Flapping Noise | WBEI |
| PA 1-742-526 | TWO AND A HALF MEN: I Always Wanted to Shave a Monkey | WBEI |
| PA 1-742-575 | TWO AND A HALF MEN: A Sympathetic Crotch to Cry On | WBEI |
| PA 1-742-544 | TWO AND A HALF MEN: That Old Hose Bag is My Mother | WBEI |
| PA 1-742-408 | TWO AND A HALF MEN: Squab, Squab, Squab, Squab, Squab | WBEI |
| PA 1-742-450 | TWO AND A HALF MEN: Does this Smell Funny to You? | WBEI |
| PA 1-621-844 | TWO AND A HALF MEN: Weekend in Bangkok with Two Olympic Gymnasts | WBEI |
| PA 1-621-843 | TWO AND A HALF MEN: Principal Gallagher's Lesbian Lover | WBEI |
| PA 1-621-852 | TWO AND A HALF MEN: Carpet Burns and a Bite Mark | WBEI |
| PA 1-621-847 | TWO AND A HALF MEN: Your Dismissive Attitude Toward Boobs | WBEI |
| PA 1-621-846 | TWO AND A HALF MEN: We Called It Mr. Pinky | WBEI |
| PA 1-621-853 | TWO AND A HALF MEN: Hi, Mr. Horned One | WBEI |
| PA 1-621-850 | TWO AND A HALF MEN: Sleep Tight, Puddin' Pop | WBEI |
| PA 1-621-855 | TWO AND A HALF MEN: That Voodoo That I Do Do | WBEI |
| PA 1-621-845 | TWO AND A HALF MEN: Madame and Her Special Friend | WBEI |
| PA 1-621-848 | TWO AND A HALF MEN: Something Salted and Twisted | WBEI |
| PA 1-621-851 | TWO AND A HALF MEN: Santa's Village of the Damned | WBEI |
| PA 1-621-800 | TWO AND A HALF MEN: That Special Tug | WBEI |

| | | |
|---|---|---|
| PA 1-621-792 | TWO AND A HALF MEN: Humiliation is a Visual Medium | WBEI |
| PA 1-621-795 | TWO AND A HALF MEN: Love Isn't Blind, It's Retarded | WBEI |
| PA 1-621-804 | TWO AND A HALF MEN: My Tongue is Meat | WBEI |
| PA 1-622-018 | TWO AND A HALF MEN: Ergo, the Booty Call | WBEI |
| PA 1-621-813 | TWO AND A HALF MEN: The Unfortunate Little Schnauzer | WBEI |
| PA 1-621-809 | TWO AND A HALF MEN: The Spit-Covered Cobbler | WBEI |
| PA 1-621-811 | TWO AND A HALF MEN: Golly Moses, She's a Muffin | WBEI |
| PA 1-621-790 | TWO AND A HALF MEN: Always a Bridesmaid, Never a Burro | WBEI |
| PA 1-621-789 | TWO AND A HALF MEN: And the Plot Moistens | WBEI |
| PA 1-621-806 | TWO AND A HALF MEN: Just Once with Aunt Sophie | WBEI |
| PA 1-621-854 | TWO AND A HALF MEN: Arguments for the Quickie | WBEI |
| PA 1-621-807 | TWO AND A HALF MEN: The Pistol-Packin' Hermaphrodite | WBEI |
| PA 1-749-395 | TWO AND A HALF MEN: Working for Caligula | WBEI |
| PA 1-749-389 | TWO AND A HALF MEN: Who's Vod Kanuckers | WBEI |
| PA 1-749-384 | TWO AND A HALF MEN: The Sea is a Harsh Mistress | WBEI |
| PA 1-749-390 | TWO AND A HALF MEN: A Pot Smoking Monkey | WBEI |
| PA 1-749-391 | TWO AND A HALF MEN: A Live Woman of Proven Fertility | WBEI |
| PA 1-749-392 | TWO AND A HALF MEN: Apologies for the Frivolity | WBEI |
| PA 1-749-374 | TWO AND A HALF MEN: Repeated Blows to His Unformed Head | WBEI |
| PA 1-749-375 | TWO AND A HALF MEN: Release the Dogs | WBEI |
| PA 1-749-383 | TWO AND A HALF MEN: Corey's Been Dead for an Hour | WBEI |
| PA 1-749-379 | TWO AND A HALF MEN: Kissing Abraham Lincoln | WBEI |

| | | |
|---|---|---|
| PA 1-749-380 | TWO AND A HALF MEN: Walnuts and Demerol | WBEI |
| PA 1-749-382 | TWO AND A HALF MEN: Castrating Sheep in Montana | WBEI |
| PA 1-749-377 | TWO AND A HALF MEN: Don't Worry, Speed Racer | WBEI |
| PA 1-749-396 | TWO AND A HALF MEN: That's Summer Sausage, Not Salami | WBEI |
| PA 1-749-376 | TWO AND A HALF MEN: My Damn Stalker | WBEI |
| PA 1-749-398 | TWO AND A HALF MEN: Young People Have Phlegm Too | WBEI |
| PA 1-749-385 | TWO AND A HALF MEN: I Merely Slept with a Commie | WBEI |
| PA 1-749-386 | TWO AND A HALF MEN: It Never Rains in Hooterville | WBEI |
| PA 1-749-387 | TWO AND A HALF MEN: Smooth as a Ken Doll | WBEI |
| PA 1-749-388 | TWO AND A HALF MEN: Aunt Myra Doesn't Pee a Lot | WBEI |
| PA 1-749-373 | TWO AND A HALF MEN: Tucked, Taped and Gorgeous | WBEI |
| PA 1-749-372 | TWO AND A HALF MEN: Mr. McGlue's Feedbag | WBEI |
| PA 1-749-371 | TWO AND A HALF MEN: Anteaters. They're Just Crazy Lookin' | WBEI |
| PA 1-749-378 | TWO AND A HALF MEN: Prostitutes and Gelato | WBEI |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |
| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |
| PA 1-758-666 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |

| | | |
|---|---|---|
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |
| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |
| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |
| PA 1-806-061 | TWO AND A HALF MEN: Nice To Meet You, Walden Schmidt | WBEI |
| PA 1-806-064 | TWO AND A HALF MEN: Oh Look! Al-Qaeda! | WBEI |
| PA 1-255-625 | **Blade Trinity (Unrated Version)** | New Line Productions, Inc. |
| PA 1-204-602 | Final Destination | New Line Productions, Inc. |

| | | |
|---|---|---|
| PA 1-767-414 | HUNG: Don't Give Up On Detroit Or Hung Like A Horse | HBO |
| PA 1-769-784 | HUNG: Take The Cake Or Are You Packing? | HBO |
| PA 1-769-785 | HUNG: Mister Drecker Or Ease Up On The Whup-Ass | HBO |
| PA 1-769-810 | HUNG: F*** Me, Mr. Drecker Or Let's Not Go To Jail | HBO |
| PA 1-769-798 | HUNG: We're Golden Or Crooks And Big Beaver | HBO |
| PA 1-769-819 | HUNG: Money On The Floor | HBO |
| PA 1-769-787 | HUNG: What's Going Downstairs? Or Don't Eat Prince Eric! | HBO |
| PA 1-769-834 | HUNG: I Sandee Or This Sex. Which Is. Not One. | HBO |
| PA 1-769-832 | HUNG: A Monkey Named Simian Or Frances Is Not A Fan | HBO |
| PA 1-769-816 | HUNG: The Whole Beefalo | HBO |
| PA 1-744-569 | Star Wars: The Clone Wars: Clone Cadets | Lucasfilm Ltd. |
| PA 1-753-793 | Star Wars: The Clone Wars: Arc Troopers | Lucasfilm Ltd. |
| PA 1-744-572 | Star Wars: The Clone Wars: Supply Lines | Lucasfilm Ltd. |
| PA 1-741-283 | Star Wars: The Clone Wars: Sphere Of Influence | Lucasfilm Ltd. |
| PA 1-741-284 | Star Wars: The Clone Wars: Corruption | Lucasfilm Ltd. |
| PA 1-744-048 | Star Wars: The Clone Wars: The Academy | Lucasfilm Ltd. |
| PA 1-741-280 | Star Wars: The Clone Wars: Assassin | Lucasfilm Ltd. |
| PA 1-775-125 | Star Wars: The Clone Wars: Evil Plans | Lucasfilm Ltd. |
| PA 1-780-441 | Star Wars: The Clone Wars: Hunt For Ziro | Lucasfilm Ltd. |
| PA 1-780-410 | Star Wars: The Clone Wars: Heroes On Both Sides | Lucasfilm Ltd. |
| PA 1-780-438 | Star Wars: The Clone Wars: Pursuit Of Peace | Lucasfilm Ltd. |
| PA 1-780-057 | Star Wars: The Clone Wars: Nightsisters | Lucasfilm Ltd. |